**STATE of Missouri, Respondent,**

v.

**Gail L. FARRELL, Appellant.**

**No. WD 75050.**

Missouri Court of Appeals,
Western District.

Oct. 29, 2013.

Mary H. Moore, for Respondent.

Craig A. Johnston, Columbia, for Appellant.

Before Division One: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and ANTHONY REX GABBERT, Judge.

## ORDER

PER CURIAM:

Appellant Gail Farrell appeals from her conviction of one count of possession of a controlled substance, namely methamphetamine, in violation of § 195.202. Upon review of the briefs and the record on appeal, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**